UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00324

**Bruce C. Williamson & Maja M. Steele**,
*Plaintiffs*,

v.

**Billy Bob Brady & Long Glade Lake, Inc.**,
*Defendants.*

# ORDER

Plaintiffs Bruce Williamson and Maja Steele filed this suit seeking relief for several discrimination-based claims. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell to the full extent allowable under 28 U.S.C. § 636(b). On September 8, 2020, Defendants Long Glade Lake, Inc. and Billy Bob Brady filed a partial motion to dismiss, requesting dismissal of plaintiffs' 42 U.S.C. §§ 1985 and 1986 claims. Doc. 24

The magistrate judge issued a report and recommendation finding that plaintiffs failed to establish three elements of their § 1985 claim. Doc. 31. Because a § 1986 claim depends on a successful § 1985 claim, the plaintiffs also failed to establish their § 1986 claim. *Id*. The report recommends that the court grant defendants' partial motion to dismiss, thereby dismissing the plaintiffs' §§ 1985 and 1986 claims with prejudice for failure to state a claim upon which relief may be granted. *Id*.

Neither party objected to the report and recommendation. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Finding no clear error in the report (Doc. 31), the court **accepts** its findings and recommendation. The defendants' partial motion to dismiss (Doc. 24) is **granted**.

*So ordered by the court on November 24, 2020.*

───────────────────────────
J. Campbell Barker
United States District Judge