UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00324

**Bruce Cliett Williamson and Maja Mason Steele,**
*Plaintiffs,*

v.

**Billy Bob Brady and Long Glade Lake, Inc.,**
*Defendants.*

### ORDER

On July 17, 2019, plaintiffs Bruce Cliett Williamson and Maja Mason Steele filed this civil rights action. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On November 24, 2020, defendants Billy Bob Brady and Long Glade Lake, Inc. filed a motion for partial judgment on the pleadings. Doc. 33. Plaintiffs did not file a response. On May 28, 2021, the magistrate judge entered a report recommending that the court grant defendants' motion in part, dismissing with prejudice Counts I and IV and dismissing without prejudice Counts V, VI, and VII.[1] Doc. 34. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants' motion is granted in part. Plaintiffs' claims under Counts I and IV are dismissed with prejudice and plaintiffs' claims under Counts V, VI, and VII are dismissed without prejudice.

---

[1] The court previously dismissed counts II and III. *See* Doc. 32.

- 2 -

*So ordered by the court on June 17, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge